UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Criminal No. 21-CR-125-BAH |
| BRIAN MCCREARY, Defendant. | |

## CONSENT MOTION FOR ADMISSION *PRO HAC VICE* TO ADMIT JEFFREY A. DENNER

COMES NOW counsel Richard D. Heideman, and respectfully moves the admission, *pro hac vice*, of Jeffrey A. Denner, as Lead Counsel representing Defendant Brian McCreary, in the above-captioned case and in support thereof states:

1. I am an attorney in good standing of the Bar of the District of Columbia, Maryland, Indiana, Wyoming and Kentucky. I am in good standing and have been admitted to practice before U.S. District Courts for the District of Columbia, District of Maryland, Southern District of Indiana, Eastern District of Kentucky, District Court for the District of Wyoming, U.S. Court of Appeals for the Fourth Circuit, U.S. Court of Appeals for the Sixth Circuit, U.S. Court of Special Appeals for Maryland and the U.S. Court of Appeals for the District of Columbia as well as the United States Supreme Court;

2. I am a partner and Senior Counsel in the firm of Heideman Nudelman & Kalik, PC, with offices within the District of Columbia;

3. I am entering my Notice of Appearance in this matter for the Defendant Brian McCreary as local counsel for Lead Counsel, Jeffrey Denner, who a member in good standing in the Bar of Massachusetts with offices of 607 North Ave, Bldg. 18, 2nd Floor, Wakefield, MA 01880, telephone number: 617-227-2800, who per his Declaration, attached hereto, provides the necessary required information for admission *pro hac vice*;

4. As indicated above, I am attaching hereto said Declaration, signed under the penalties of perjury by Mr. Denner, as well as a certified copy of his Certificate of Good Standing as a lawyer in the Commonwealth of Massachusetts;

5. I know Mr. Denner to be an attorney of 48 years' experience, primarily in criminal defense, and respectfully suggest that he meets all of requirements for admission *pro hac vice* in this District; and

6. Mr. Denner has discussed with me that he has familiarized himself with the local rules of our Federal District Bar, as well as having an excellent working knowledge of Federal Rules of Evidence and the Federal Rules of Criminal Procedure, and relevant decisional law, which he has gained in the approximately five decades he has practiced federal criminal defense in Massachusetts in which he is licensed, as well as in multiple other federal jurisdictions where he has been admitted *pro hac vice*.

7. I have communicated with the AUSA assigned to this matter and they have indicated their consent Mr. Denner's appearance *pro hac vice*.

WHEREFORE it is respectfully moved that Mr. Denner's request for admission *pro hac vice* be granted.

Dated: June 30, 2021

Respectfully submitted,

HEIDEMAN NUDELMAN & KALIK P.C.
5335 Wisconsin Ave., Suite 440
Washington, D.C. 20015
Telephone: 202-463-1818
Telefax: 202-463-2999

By: ___/s/*Richard D. Heideman*___
Richard D. Heideman (Bar No. 377462)

Attorney for Defendant