**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | Criminal No. 21-CR-125 |
| **BRIAN MCCREARY,** | |
| Defendant. | |

**DECLARATION OF JEFFREY A. DENNER IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Jeffrey A. Denner, applicant for admission *pro hac vice* in the matter of United States v. Brian McCreary, Criminal No. 21-CR-125, under oath, do depose and swear that :

1. I am a graduate of Yale College (1969) and Harvard Law School (1973);

2. I am a licensed attorney in good standing in the Commonwealth of Massachusetts and have been continuously so since 1973 (Bar # 120520);

3. I have also been admitted to practice *pro hac vice* in multiple state and federal jurisdictions on trial and appellate levels. I am also admitted to practice before the United States Supreme Court as well various Courts of Military Appeal and Review;

4. I have not appeared *pro hac vice* within the last two years in the United States District Court for the District of Columbia;

5. My office is presently located at 607 North Ave, Bldg. 18, 2nd Floor, Wakefield, MA 01880, Phone # 617-227-2800;

6. In the 48 years I have practiced I have received a public reprimand for an incident that occurred in 2012 in which I agreed that I had not fully explained my scope of engagement with a client nor had I returned any unused portion of the fee that my firm had charged. I took fully responsibility for this, and still do, despite the fact that I was not at all times the primary working attorney on this case, but was the originating attorney who also had contact with the client;

7. I have originated and/or litigated probably 7,500 cases over the last five decades, most frequently criminal cases and often in a federal venue;

8. I am very familiar with the Federal Rules of Evidence and Federal Rules of Criminal Procedure and have familiarized and continue to familiarize myself with the local rules of the District of Columbia and of course agree to abide by all of same and be fully accountable therefore;

9. I am attaching hereto a Certificate of Good Standing from the Commonwealth of Massachusetts.

Dated: June 21, 2021

Respectfully submitted,

/s/ Jeffrey A. Denner

_____
Jeffrey A. Denner, BBO# 120520
Jeffrey Denner Associates, PC
607 North Ave. Suite 18
Wakefield, Massachusetts 01880
Tel.:   (617) 227-2800
Fax:   (617) 973-1562
jad@dennerlaw.com