**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **Criminal No. 21-CR-125-BAH** |
| **BRIAN MCCREARY,** | |
| Defendant. | |

## ORDER

This matter having come before the Court on Attorney, Richard D. Heideman's Motion to Admit *Pro Hac Vice*, Attorney Jeffrey A. Denner as lead counsel representing Defendant, Brian McCrary, in the above captioned case,

And the Court having been sufficiently advised, IT IS HEREBY ORDERED that said motion is GRANTED and Jeffrey A. Denner shall be admitted to practice *pro hac vice* to represent the Defendant in this matter before the Court.

In accordance with the Rules of this Court, Mr. Denner shall register with the Clerk of Court for the ECF system.

IT IS SO ORDERED on this the _____day of June, 2021.

_____
Hon. Beryl A. Howell
Chief Judge, United States District Court
District of Columbia