# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | Criminal No. 21-CR-125 |
| **BRIAN MCCREARY,** | |
| Defendant. | |

## NOTICE OF APPEARANCE

Kindly enter the appearance of attorney Jeffrey A. Denner, *pro hac vice*, by the authority of this Honorable Court, as counsel for defendant, Brian McCreary herein.

Dated: July 13, 2021                                Respectfully submitted,

/s/ Jeffrey A. Denner

Jeffrey A. Denner, BBO# 120520
Jeffrey Denner Associates, PC
607 North Ave. Suite 18
Wakefield, Massachusetts 01880
Tel.:   (617) 227-2800
Fax:   (617) 973-1562
jad@dennerlaw.com

## Certificate of Service

I, Jeffrey A. Denner, hereby certify that on this the 13th day of July 2021, I caused a true copy of the foregoing *Notice of Appearance* to be served upon all necessary parties to this matter by virtue of electronically filing the same via the CM/ECF system.

/s/ Jeffrey A Denner
Jeffrey A. Denner