UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| v. | : | Criminal No. 1:21-cr-125(BAH) |
| | : | |
| BRIAN MCCREARY, | : | Honorable Chief Judge Beryl A. Howell |
| | : | |
| Defendant. | : | |

**UNITED STATES' REPORT AND POSITION REGARDING PUBLIC RELEASE OF VIDEO EVIDENCE RE: BRIAN MCCREARY PLEA**

Per the Court's October 13, 2021 Minute Order, the United States will make the following video evidence, listed below, available to the Court electronically.[1] Moreover, the Government does not object to the public release of the videos described herein.

| Number | File Name | Source | Length |
| --- | --- | --- | --- |
| 1 | 1610001849.52-e6d038b41671eace0088a2d559c8ffc6d9137916-file-3_3of4_20210106_141616.mp4 **(Video from interior of Capitol)** | Submitted to FBI tip-line by Defendant | 47 second video |
| 2 | 1610001410.87-1e8e6db09b07548f673bb9fc2601f7d2bee78b4d-file-3_40f4_20210106_141218.mp4 **(Video from exterior of Capitol)** | Submitted to FBI tip-line by Defendant | 32 second video |
| 3 | 1610001849.52-e6d038b41671eace0088a2d559c8ffc6d9137916-file-2_2of4_20210106_141324.mp4 **(Video from exterior of Capitol)** | Submitted to FBI tip-line by Defendant | 1:47 second video |

---

[1] The government has downloaded all video exhibits in the table above to a disc and will provide it to chambers on October 13, 2021.

| 4 | 1610001410.87-1e8e6db09b07548f673bb9fc260177d2bee78b4d-file-2_3of4_20210106_141147.mp4 **(Video from exterior of Capitol)** | Submitted to FBI tip-line by Defendant | 29 second video |
|---|---|---|---|
| 5 | 1610001849.52-e6d038b41671eace0088a2d559c8ffc6d9137916-file-1_4of4_20210106_141821.mp4 **(Video from interior of Capitol)** | Submitted to FBI tip-line by Defendant | 16 second video |
| 6 | 1610001410.87-1e8e6db09b07548f673bb9fc2601f7d2bee78b4d-file-1_1of4_20210106_140817.mp4 **(Video from exterior of Capitol)** | Submitted to FBI tip-line by Defendant | 16 second video |
| 7 | 1610001849.52-e6d038b41671eace0088a2d559c8ffc6d9137916-file-0_1of4_20210106_141307.mp4 **(Video from exterior of Capitol)** | Submitted to FBI tip-line by Defendant | 14 second video |
| 8 | 1610001410.87-1e8e6db09b07548f673bb9fc2601f7dbee78b4d-file-0_2of4_20210106.140957.mp4 **(Video from exterior of Capitol)** | Submitted to FBI tip-line by Defendant | 11 second video |

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
DC Bar No. 415793

By:   /s/ *Brandon K. Regan*
BRANDON K. REGAN
Assistant United States Attorney
555 4th Street N.W.
Washington, D.C., 20530
Brandon.regan@usdoj.gov
202-252-7759